# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-50897
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 19, 2026

Lyle W. Cayce
Clerk

Henry B. Berrocal,

*Plaintiff—Appellant*,

*versus*

Robert J. Valdespino, *Judge, Bexar County Precinct 2*; Laura Salinas, *District Judge, Bexar County Courthouse*; John Does 1-20; Alexandria Reyes; Robert Alcaraz; Wilder Leonard Robison,

*Defendants—Appellees*.

————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:25-CV-521

————————————————

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Henry Berrocal, proceeding pro se, appeals the district court's dismissal of his complaint under 28 U.S.C. § 1915(e). After reviewing the

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50897

briefs and the record, with the benefit of liberal construction of Berrocal's brief, we find no reversible error. Accordingly, the judgment of the district court is AFFIRMED. *See* 5th Cir. R. 47.6.